IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:12-CR-00099 LJO |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |
| v. | ) ) | |
| CORY McDONALD, | ) ) | |
| Defendant. | ) ) ) | |

On April 25, 2012, the Honorable Houry Sanderson, Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Cory McDonald, F12902427. The defendant is scheduled to appear before Judge Sanderson on Thursday, April 25, 2012 for a status hearing. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. His next appearance before this Court is May 14, 2012. It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case is May 14, 2002 for a status conference:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may take custody of the defendant on April 25, 2012 for purposes of his presence at the status hearing, but return him to the custody of the United States Marshal immediately after the proceeding has concluded on April 25, 2012. Under no circumstances is the defendant to be released from Fresno County Jail before returning him to the custody of the United States Marshal or upon further order from this court.

IT IS SO ORDERED.

1

Dated: **April 24, 2012**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE