```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:12-CR-00099 AWI-DLB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) FOR CONTINUANCE OF STATUS |
| v. | ) CONFERENCE |
| CORY McDONALD, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Carol Moses, attorney for Cory McDonald, that the status conference set for May 14, 2012 at 1:00 pm be continued to June 11, 2012 at 1:00 pm. The undersigned Assistant U.S. Attorney has a family crisis for which she needs to travel out of state and will not be available on May 14, 2012. The parties discussed requesting that the hearing be scheduled for May 29, 2012, but due to scheduling conflicts of defense counsel, including jury duty , we agreed upon a requested date of June 11, 2012. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant

in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: May 3, 2012  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: May 3, 2012  /s/ Carol Moses
CAROL MOSES
Attorney for Cory McDonald

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2012 to, and including, June 11, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:   May 10, 2012**      **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE